# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   ROBERT D. HOFFMAN & VIRGINIA O. HOFFMAN                Case Number: 04-76131
         7529 MILDRED ROAD                    SSN-xxx-xx-2265 & xxx-xx-5711
         MACHESNEY PARK, IL  61115

|  |  |
|---|---|
| Case filed on: | 12/10/2004 |
| Plan Confirmed on: | 3/4/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,948.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | ROBERT D. HOFFMAN | 0.00 | 0.00 | 34.17 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 34.17 | 0.00 |
|  |  |  |  |  |  |
| 001 | CITIMORTGAGE INC | 9,440.99 | 9,440.99 | 9,440.99 | 0.00 |
|  | Total Secured | 9,440.99 | 9,440.99 | 9,440.99 | 0.00 |
|  |  |  |  |  |  |
| 002 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CDA / PONTIAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ORTHOPEDIC ASSOC. OF N. IL. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD MERCANTILE AGENCY INC | 576.16 | 576.16 | 576.16 | 0.00 |
| 012 | JEFFERSON CAPITAL SYSTEMS, LLC | 695.02 | 695.02 | 695.02 | 0.00 |
|  | Total Unsecured | 1,271.18 | 1,271.18 | 1,271.18 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 12,076.17 | 12,076.17 | 12,110.34 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $12,110.34 |
| Trustee Allowance: | $837.66 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  _/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan